UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.             CASE NO: 5:21-mj-1076-PRL

KENNETH KELLY

AUSA: William Hamilton
Def Atty: George Tragos (Retained)

| JUDGE | Philip R. Lammens | DATE AND TIME | April 23, 2021<br>12:30 pm - 1:02 pm<br>32 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not required | PRETRIAL: | Megan Martin |

## CLERK'S MINUTES – INITIAL APPEARANCE (Rule 5c)

Defendant arrested on a Criminal Complaint from the District of Columbia. (Case number 1:21-mj-00389.)

Defendant advised of rights, charges, penalties, etc.

Defendant waives his rights to an identity hearing, production of the warrant and a preliminary hearing.

Court advises defendant of Rule 20 rights.

Court advised the parties of the requirements of the Due Process Protections Act.

Government advises that they are not seeking detention but request conditions of release.

Defendant responds.

Defendant released on an appearance bond with conditions of release imposed.

**ORDER OF REMOVAL and ORDER SETTING CONDITIONS OF RELEASE TO ENTER.**

Government states that the District of Columbia will be setting this case for an initial appearance via zoom on May 5, 2021. Defense counsel advises that he has been in contact with the District of Columbia AUSA on the scheduling of the hearing.

**FILED IN OPEN COURT:**
Waiver of Rule 5(c) & 5.1 Hearings